UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:22-cv-00100-MOC-WCM

| | |
|---|---|
| **BRENDA LAMBERT**,  )<br>  )<br>　　　Plaintiff(s),  )<br>  )<br>Vs.  )<br>  )<br>  )<br>**COMMISSIONER OF SOCIAL SECURITY**,  )<br>  )<br>　　　Defendant(s).  ) | **ORDER CONCERNING**<br>**SECTION 636(c) REFERRAL** |

**THIS MATTER** is before the Court on its own motion regarding the parties' consent to the exercise of jurisdiction by a United States Magistrate Judge, submitted in accordance with 28, United States Code, Section 636(c), Rule 73, Federal Rules of Civil Procedure, and Local Civil Rule 73.1.

In accordance with the *Amended Standing Order of Referral* (#2), 3:11mc25 (effective January 1, 2019), the Court has considered reassignment of this matter based on the written consent of the parties. Accordingly, the Clerk of Court is **HEREBY** directed to:

☒　Assign this matter to a United States Magistrate Judge; or

☐　Vacate the Section 636(c) referral in accordance with Rule 73(c) and retain the assignment with the United States District Judge.

Signed: January 30, 2023

Max O. Cogburn Jr
United States District Judge